IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO JAMAR LASTER<br>Defendant. | Criminal Action No.<br>1:21-cr-00076-SDG-RGV |

### ORDER

This matter is before the Court for consideration of the Report and Recommendation entered by United States Magistrate Judge Russell G. Vineyard [ECF 97], which recommends that Defendant's motions to suppress statements and evidence [ECFs 85 and 86] be **DENIED** as untimely, and alternatively, for lack of merit. Defendant did not file objections to the Report and Recommendation. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(1), this Court reviewed the Report and Recommendation for clear error and found none. Accordingly, this Court **ADOPTS** the Report and Recommendation [ECF 97] as the order of this Court.

**SO ORDERED** this the 15th day of November 2021.

Steven D. Grimberg
United States District Court Judge